IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE LABORERS 265 PENSION PLAN,<br><br>            Plaintiff(s),<br><br>vs.<br><br>WORLD WIDE BUSINESS SERVICES CORP. D/B/A/ WORLD WIDE STAFFING SERVICES,<br><br>            Defendant(s). | CASE NO.:   1:13-cv-00108<br><br>Magistrate Judge Karen L. Litkovitz<br><br>**CONSENT JUDGMENT ENTRY**<br><br><br>Allotta \| Farley Co. L.P.A.<br><br>William H. Webster (0017281)<br>2222 Centennial Road<br>Toledo, Ohio 43617<br>Ph.: (419) 535-0075<br>Fax: (419) 535-1935<br>Attorney for Plaintiff(s) |

**Whereas,** the Trustees of the Laborers 265 Pension Plan (hereinafter referred to as "Fund") commenced the above captioned action against Defendant Worldwide Business Services Corp. D/B/A World Wide Staffing Services (World Wide Business Service Corp.) on or about February 12, 2013.

NOW, THEREFORE, IT IS HERBY ORDERED THAT:

1. Plaintiffs and Defendant hereby waive entry of findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure and consent to this entry by the Court.

2. Defendant Worldwide Business Services Corp. is liable to Plaintiff Fund in a total amount of $5,936.93, which is comprised as follows:

    a) $2,721.85 for fringe benefit contributions
    b) $272.19 for late fees
    c) $2,942.89 for attorney fees

3. Should any party be found in violation of this Consent Judgment Entry, then that party shall be responsible for all reasonable attorney fees and expenses incurred by the nonbreaching party in litigating said breach and enforcing this Consent Judgment Entry.

4. The Court retains jurisdiction to enforce the terms of this Consent Judgment Entry.

5. Interest shall accrue at the rate found in 28 U.S.C. Section 1961 from the date of this judgment, which is .10%.

**IT IS SO ORDERED**

_____
JUDGE

Approved By:

/s/ William H. Webster
William H. Webster, Esq.
Allotta | Farley Co. LPA
Attorney for Plaintiffs

/s/ Robert C. Perryman
Robert Perryman, Esq.
Isaac Wiles Burkholder & Teetor LLC
Attorney for Defendant

2369427.1 : 07078 00001
9/24/2013 3:18 pm